AMERICAN ASPHALT COMPANY, Appellant,
v. Earnest E, COMMINS, Appellee.

No. 2511.

Court of Civil Appeals of Texas. El Paso.

March 19, 1931.

Leachman, Gardere & Bailey, of Dallas (E. R. Smith and Kemp Nagle, all of El Paso, of counsel), for appellant.

J. B. Cotten, of Crane, Gary & Davenport, of Wink, and Clyde E. Thomas, of Big Spring, for appellee.

PELPHREY, C. J.

This is a companion case to the case of American Asphalt Company v. Morris O'Rear (Tex. Civ. App.) 36 S.W.(2d) 779, this day decided. The facts and questions are the same in both cases, and our holding in the O'Rear Case will control the disposition of the questions here.

Affirmed.